# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James G Barker ,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                          3:08cv577

Michael J. Astrue ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 26, 2010 Order.

Signed: May 12, 2011

Frank G. Johns, Clerk
United States District Court